# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANNETTE BURTON                                                                                          PLAINTIFF

V.                                    NO. 3:11CV00190 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                 DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #13) is GRANTED. Plaintiff's Appeal Brief is due **on or before February 28, 2012.**

IT IS SO ORDERED this 9th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE