# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANNETTE BURTON                                                                              PLAINTIFF

V.                                   NO. 3:11CV00190 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## ORDER

The Commissioner's Unopposed Motion for Extension of Time (docket entry #16) is GRANTED. Defendant's Appeal Brief is due **on or before May 16, 2012.**

IT IS SO ORDERED this 19th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE