## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANNETTE D. THOMAS-BURTON											PLAINTIFF

V.					NO. 3:11CV00190 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration											DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 12th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE